No. 62532.—General Preserve Co. *v.* United States, protest 330637–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C. C. P. A. 60, C. A. D. 638), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 4, 1958

No. 62533.—Levin Bros. *v.* United States, protest 330546–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiff was sustained.

No. 62534.—J. & F. Jewelry Co., Inc. *v.* United States, protests 303893–K, etc. (New York).

Opinion by OLIVER, C. J. Since counsel for the plaintiff conceded that "the duties have not been paid," the protests were dismissed. Abstract 57870 followed.

No. 62535.—Fabry Associates, Inc. *v.* United States, protest 327404–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

No. 62536.—J. G. Furniture Co., Inc. *v.* United States, protest 330529–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject

of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62537.**—Scandinavian Design et al. v. United States, protests 327721-K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim at 19 percent under the provision in paragraph 412, as modified, *supra*, for "Furniture, * * * Chairs," was sustained. The items marked "B," stipulated to consist of furniture the same as that in C. A. D. 669, *supra*, were held dutiable at 11½ percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.

**No. 62538.**—Fieldston Trading Co., Inc. v. United States, protest 317780-K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of furniture similar in all material respects to that the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62539.**—Richter Bros., Inc. v. United States, protests 326587-K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (45 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiff was sustained.

**No. 62540.**—Richter Bros., Inc. v. United States, protests 327718-K, 330759-K, and 58/4482 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "A" consist of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649),